UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN AARON KLUKSDAHL** | **CIVIL ACTION NO: 2:16-CV-02990** |
| **VERSUS** | **JUDGE: IVAN L.R. LEMELLE** |
| **LOYOLA UNIVERSITY NEW ORLEANS** | **MAGISTRATE: DANIEL E. KNOWLES, III** |

## MOTION TO STAY

**NOW INTO COURT** comes Loyola University New Orleans (hereinafter "Loyola") to move this Honorable Court for a stay of these proceedings pending resolution of Plaintiff's identical claims in the state court proceeding with the caption *John Aaron Kluksdahl v. Dr. J. Robert Barnes, et al.,* No. 2006-05859, Div. "I," Civil District Court for the Parish of Orleans. As more fully set forth in the attached memorandum in support, Loyola respectfully represents that the stay of this proceeding, pending the resolution of the Plaintiff's claims in state court, which are subject to an Ex Parte Motion to Dismiss on Grounds of Abandonment, will conserve the resources of the Court and the Parties.

**WHEREFORE** Loyola prays that this Court enter a stay of all deadlines and proceedings in this matter pending resolution of the state court case, entitled *John Aaron Kluksdahl v. Dr. J. Robert Barnes, et al.,* No. 2006-05859, Div. "I," Civil District Court for the Parish of Orleans.

00359672

Respectfully submitted,

**IRWIN FRITCHIE URQUHART & MOORE LLC**

BY: /s/ Gretchen A. Fritchie_____
RICHARD E. McCORMACK, T.A. (#14194)
GRETCHEN A. FRITCHIE (#35782)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Fax: (504) 310-2101
Email: rmccormack@irwinllc.com
gretchenf@irwinllc.com

*Counsel for Defendant, Loyola University New Orleans*

**CERTIFICATE OF SERVICE**

 I hereby certify that on this 6th day of July, 2016, the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent via U.S. Mail to non-CM/ECF participants at the following address:

> John Aaron Kluksdahl
> 702 Townside Road #1
> Roanoke, VA 24014

/s/ Gretchen A. Fritchie_____

00359672